IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GEORGE L. KOYNOK,

    Plaintiff,                                        06cv1200
                                                            ELECTRONICALLY FILED

    v.

THOMAS R. LLOYD, Mayor of Dormont Borough, individually and in his official capacity, JOSEPH M. COSTANZO, former President of Dormont Borough Council, individually and in his official capacity, KRISTEN DENNE, former Assistant Manager of Dormont Borough, individually and in her official capacity, THOMAS H. AYOOB, III, Solicitor of Dormont Borough, individually and in his official capacity, PATRICK KELLY, Building Inspector/Code Enforcement Officer, individually and in his capacity, RUSSELL J. MCKIBBEN, former Interim Borough Manager and Police Chief of Dormont Borough, individually and in his official capacity, DORMONT BOROUGH,

    Defendants.

## ORDER OF COURT

    For the reasons set forth in the accompanying memorandum opinion, IT IS HEREBY ORDERED that the Court will abstain and stay this case pending a determination of the underlying zoning/land use appeal.  Furthermore, defendants' motion to dismiss (doc. no. 21) is DENIED without prejudice.

    The Clerk of Court shall mark this case administratively closed.

                                      SO ORDERED this 4th day of December, 2006.

                                      s/Arthur J. Schwab
                                      Arthur J. Schwab
                                      United States District Judge

cc:    All counsel of record