IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GEORGE L. KOYNOK,

    Plaintiff,

v.

THOMAS R. LLOYD, Mayor of Dormont Borough, individually and in his official capacity, JOSEPH M. COSTANZO, former President of Dormont Borough Council, individually and in his official capacity, KRISTEN DENNE, former Assistant Manager of Dormont Borough, individually and in her official capacity, THOMAS H. AYOOB, III, Solicitor of Dormont Borough, individually and in his official capacity, PATRICK KELLY, Building Inspector/Code Enforcement Officer, individually and in his capacity, RUSSELL J. MCKIBBEN, former Interim Borough Manager and Police Chief of Dormont Borough, individually and in his official capacity, DORMONT BOROUGH,

    Defendants.

06cv1200
ELECTRONICALLY FILED

## Order of Court

**AND NOW, this 22nd day of September, 2008**, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice and defendants' motion to dismiss (doc. no. 35) is **DENIED AS MOOT.**

The Clerk of Court is directed to mark this case closed.

s/Arthur J. Schwab  
Arthur J. Schwab  
United States District Judge

cc: All counsel of record