IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


GEORGE L. KOYNOK,

        Plaintiff,                          06cv1200
                                            ELECTRONICALLY FILED

   v.

THOMAS R. LLOYD, Mayor of Dormont
Borough, individually and in his official
capacity, JOSEPH M. COSTANZO, former
President of Dormont Borough Council,
individually and in his official capacity,
KRISTEN DENNE, former Assistant Manager
of Dormont Borough, individually and in her
official capacity, THOMAS H. AYOOB, III,
Solicitor of Dormont Borough, individually and
in his official capacity, PATRICK KELLY,
Building Inspector/Code Enforcement Officer,
individually and in his capacity, RUSSELL J.
MCKIBBEN, former Interim Borough Manager
and Police Chief of Dormont Borough,
individually and in his official capacity,
DORMONT BOROUGH,

        Defendants.


## Order of Court

And now, this 5th day of March, 2010, for the reasons set forth in the accompanying

Memorandum Opinion, it is HEREBY ORDERED as follows:

(1)      Defendants' motion for summary judgment (doc. no. 99) will be GRANTED.

(2)      Plaintiff's motion for summary judgment (doc. no. 88) will be DENIED.

(3)      Plaintiff's "motion to strike defendants' following concise statements of undisputed

        material facts" (doc. no. 109), his belated "motion to compel answer and documents to

        the Interrogatories" (doc. no. 117), and his "motion to strike to sustain plaintiff's reply in

support of his summary judgment motion" (doc. no. 118) are DENIED.

(4)     Defendants' motion to strike plaintiff's response to defendants' motion for summary

judgment and plaintiff's reply brief to the summary judgment motions (doc. no. 119) is

DENIED AS MOOT.

(5)     Judgment is hereby entered in favor of defendants and against plaintiff.

(6)     The Clerk shall mark the docket closed.


                                        s/Arthur J. Schwab_____
                                        Arthur J. Schwab
                                        United States District Judge



cc:     All counsel of record

George L. Koynok
2850 Glenmore Avenue
Pittsburgh, PA 15216

2